UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JASON DAVID THOMAS

VERSUS

SHELL OIL COMPANY

CIVIL ACTION

10-722-JJB

## ORDER

This matter is before the Court on a motion to intervene (doc. 38) brought by Nabors Drilling USA, LP ("Nabors"). A complaint in intervention requires an independent jurisdictional basis even when the mover asserts that it is entitled to intervene as a matter of right. *See Lionheart Development, LLC v. Apex Building Systems, LLC*, Civil Action No. 08-4070, 2011 WL 999537, *2 (E.D. La. Mar. 18, 2011) (citing *Griffin v. Lee*, 621 F.3d 380, 386 (5th Cir. 2010)). The Court's jurisdiction over the original action is predicated on diversity under 28 U.S.C. § 1332. Therefore, before the Court can determine the merits of intervention, it must be satisfied that the requirements of diversity jurisdiction are met.

Accordingly, Nabors must file an amended complaint in intervention within 7 days setting forth affirmatively and distinctly the citizenship of all relevant parties.

Signed in Baton Rouge, Louisiana, on January 21, 2014.

 _____
 **JUDGE JAMES J. BRADY
 UNITED STATES DISTRICT COURT
 MIDDLE DISTRICT OF LOUISIANA**